# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  DAVID W. MERRILL & DOROTHY L. MERRILL          Case Number: 06-70223
2308 W. EDGEWOOD LANE                SSN-xxx-xx-0207 & xxx-xx-1807
MCHENRY, IL  60051

Case filed on:     2/22/2006
Plan Confirmed on: 11/22/2006

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $2,972.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 073 | CLERK OF U.S. BANKRUPTCY COURT | 1.36 | 1.36 | 1.36 | 0.00 |
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 1.36 | 1.36 | 1.36 | 0.00 |
| 000 | ATTORNEY SCOTT A BENTLEY | 2,689.00 | 2,689.00 | 1,400.00 | 0.00 |
|  | Total Legal | 2,689.00 | 2,689.00 | 1,400.00 | 0.00 |
| 007 | AMERICAN COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ANDERSON FINANCIAL NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ARS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ARS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ASSOCIATED RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | CREDIT PROTECTION ASSN LP | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | D&B RMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | NATIONAL ASSET RECOVERY, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | NCO INOVISION | 0.00 | 0.00 | 0.00 | 0.00 |
| 061 | SURPAS RESOURCE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 064 | TELLER, LEVIT & SILVERTRUST | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 072 | DAVID W. MERRILL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | SELECT PORTFOLIO SERVICING INC | 24,537.81 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 24,537.81 | 0.00 | 0.00 | 0.00 |
| 001 | KLUEVER & PLATT | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ABRAMS & ABRAMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ACC INTERNATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ALEXIAN BROTHERS MEDICAL CENTER | 6,271.61 | 6,271.61 | 95.22 | 0.00 |
| 006 | ALLIED INTERSTATE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | APPLIED CARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ARTISTIC SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | BROWN & JOSEPH, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | BYL | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CAPITAL ONE | 1,912.32 | 1,912.32 | 29.03 | 0.00 |
| 017 | CAPITAL ONE | 2,766.98 | 2,766.98 | 42.01 | 0.00 |
| 018 | CAPITAL ONE | 1,861.58 | 1,861.58 | 28.26 | 0.00 |
| 019 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CAPITAL ONE | 3,621.63 | 3,621.63 | 54.99 | 0.00 |
| 021 | TELLER LEVIT & SILVERTRUST PC | 59,886.78 | 59,886.78 | 909.24 | 0.00 |
| 022 | COLLECTECH SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | B-LINE LLC | 2,738.47 | 2,738.47 | 41.57 | 0.00 |
| 027 | B-LINE LLC | 4,806.07 | 4,806.07 | 72.97 | 0.00 |
| 029 | DISCOVER | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | CREDITORS BANKRUPTCY SERVICE | 314.37 | 314.37 | 4.77 | 0.00 |
| 031 | HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | HSBC NV | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | HSN | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | IC SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | KCA FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | LARRY B. LICTENSTEIN & ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | MCLENNAN COMPANIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | MEDCLEAR, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | MICHLING HOFMANN VINTON PLAZA & WICK | 180.00 | 180.00 | 2.74 | 0.00 |
| 041 | MIDLAND CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | CREDITORS BANKRUPTCY SERVICE | 567.39 | 567.39 | 8.61 | 0.00 |
| 043 | MIDWEST CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---:|---:|---:|---:|
| 044 | MONEY CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | NORTHWEST COLLECTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | PALISADES COLLECTION, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | PENTAGROUP FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | PROFESSIONAL CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | JEFFERSON CAPITAL SYSTEMS | 5,738.94 | 5,738.94 | 87.13 | 0.00 |
| 057 | RETAILERS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 058 | SBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 059 | SHARED NET | 89.85 | 0.00 | 0.00 | 0.00 |
| 060 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 062 | SWISS COLONY | 0.00 | 0.00 | 0.00 | 0.00 |
| 063 | TARGET NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 065 | UNIFUND PARTNERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 066 | VAN RU CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 067 | VERICORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 068 | WASTE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 069 | WONDER LAKE STATE BANK | 516.21 | 516.21 | 7.84 | 0.00 |
| 070 | CREDITORS BANKRUPTCY SERVICE | 717.55 | 717.55 | 10.89 | 0.00 |
| 071 | LAW OFFICES OF RUPP & YOUMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 91,989.75 | 91,899.90 | 1,395.27 | 0.00 |
| | Grand Total: | 119,217.92 | 94,590.26 | 2,796.63 | 0.00 |

Total Paid Claimant:     $2,796.63
Trustee Allowance:       $175.37
Percent Paid Unsecured:  1.52

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/29/2007                    By  /s/Heather Fagan